SECRET

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 24-CR-03139-01/09-S-BCW |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. § 1349<br>**COUNTS 2-26**<br>18 U.S.C. § 1343<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **(01) RAHULKUMAR D. PATEL,**<br>[DOB: 8/3/1984] | |
| **(02) MANISHKUMAR M. PATEL,**<br>[DOB: 10/5/1980] | **COUNT 27**<br>18 U.S.C. § 371<br>**COUNT 28**<br>18 U.S.C. § 1955 |
| **(03) MITULKUMAR M. BAROT,**<br>[DOB: 7/22/1985] | **COUNTS 29-37**<br>18 U.S.C. § 1952(a)(2)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| **(04) SUNILKUMAR N. PATEL,**<br>[DOB: 12/29/1972] | |
| **(05) TUSHAR R. PATEL,**<br>[DOB: 3/29/1986] | |
| **(06) AZGHAR ALI,**<br>[DOB: 8/14/1973] | **COUNT 38**<br>18 U.S.C. § 1956(h) |
| **(07) HARSHADKUMAR S. CHAUDHARI,**<br>[DOB: 7/17/1987] | **COUNTS 39-47**<br>18 U.S.C. § 1956(a)(1)(A)(i)<br>**COUNTS 48-61**<br>18 U.S.C. § 1956(a)(1)(B)(i) |
| **(08) VIPUL A. PATEL,**<br>[DOB: 12/7/1984] | **COUNTS 62-67**<br>18 U.S.C. § 1956(a)(2)(B)(i)<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| and | |
| **(09) MOHAMMED IPHTEKAR ALI AJGAR**<br>[DOB: 6/2/1975] | **COUNTS 68-72**<br>18 U.S.C. § 1957(a)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| Defendants. | |

**Defendants/Counts**

**(01) R. D. Patel:** 1, 4-5, 9-10, 12-13, 19-22, 25-28, 32, 38, 41, 44-45, 52-53, 56-61, 68, and 71-72

**(02) M. M. Patel:** 1, 4-5, 9-10, 12-13, 17, 19-22, 26-31, 33, 38-39, 41, 53-54, 61, 68, and 71-72

**(03) M. M. Barot:** 1-3, 7-8, 15-16, 27-32, 34, 37-38, 40, 42-45, and 69-70

**(04) S. N. Patel:** 1, 17, 27, 28, 30-31, 38, and 46

**(05) T. R. Patel:** 1, 4-6, 9-14, 17-24, 26-28, 30-38, 47-51, 56, and 59

**(06) A. Ali:** 1, 25, 27-28, 34, 36, 38, 57-58, 60, 62-66, and 72

**(07) H. S. Chaudhari:** 1, 18, 27-28, 33, and 38

**(08) V. A. Patel:** 1, 5, 10, 12, and 27-28

**(09) M. I. A. Ajgar:** 1, 5, 10, 12, 27-28, 34, 38, 46, 55, and 67

**FORFEITURE ALLEGATION 1**
(Wire Fraud)
18 U.S.C. §§ 981(a)(1)(A) and (C) and 982(a)(1) and (a)(2)(A)
28 U.S.C. § 2461(c)

**FORFEITURE ALLEGATION 2**
(Illegal Gambling)
18 U.S.C. §§ 981(a)(1)(A) and (C) and 982(a)(1) and (a)(2)(A)
28 U.S.C. § 2461(c)

**FORFEITURE ALLEGATION 3**
(Money Laundering)
18 U.S.C. § 982(a)(1)

$100 Special Assessment (Each Count)

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

At all times relevant to this Indictment:

## Missouri Regulation of Illegal Gambling

1. Missouri regulated illegal gambling under Chapter 572 of the Revised Statutes of Missouri.

2. A "contest of chance" was "any contest, game, gaming scheme or gaming device in which the outcome depends in a material degree upon an element of chance, notwithstanding that the skill of the contestants may also be a factor therein." Section 572.010(3) RSMo.

3. A "gambling device" was any device, machine, paraphernalia, or equipment that was used or was usable in the playing phases of any gambling activity, whether that activity

2

consists of gambling between persons or gambling by a person with a machine. Section 572.010(5).

4.      A "slot machine" was:

"a gambling device that as a result of the insertion of a coin or other object operates, either completely automatically or with the aid of some physical act by the player, in such a manner that, depending upon elements of chance, it may eject something of value. A device so constructed or readily adaptable or convertible to such use is no less a slot machine because it is not in working order or because some mechanical act of manipulation or repair is required to accomplish its adaptation, conversion or workability. Nor is it any less a slot machine because apart from its use or adaptability as such it may also sell or deliver something of value on a basis other than chance."

Section 572.010(11) RSMo.

5.      Under Missouri law, a person committed the class E felony of promoting gambling in the first degree if he or she knowingly advanced or profited from unlawful gambling or lottery activity by setting up and operating a gambling device to the extent that more than one hundred dollars of money was gambled upon or by means of the device in any one day, or setting up and operating any slot machine.  Sections 572.030.1(1) and 572.030.2 RSMo.

6.      Under Missouri law, a person committed the class A misdemeanor of possession of a gambling device if, with knowledge of the character thereof, he or she manufactured, sold, transported, placed or possessed, or conducted or negotiated any transaction affecting or designed to affect ownership, custody or use of a slot machine; or any other gambling device, knowing or having reason to believe that it was to be used in the state of Missouri in the advancement of unlawful gambling activity. Sections 572.070.1 and 572.070.2 RSMo.

7.      Section 572.100 of the Revised Statutes of Missouri reads as follows:

Preemption — exclusions. — The general assembly by enacting this chapter intends to preempt any other regulation of the area covered by this chapter. No

3

governmental subdivision or agency may enact or enforce a law that regulates or makes any conduct in the area covered by this chapter an offense, or the subject of a criminal or civil penalty or sanction of any kind. The term "gambling", as used in this chapter, does not include licensed activities under sections 313.800 to 313.840.

8. Missouri regulated legal gambling in licensed casinos under a distinct statutory scheme found in Sections 313.800 to 313.840 of the Revised Statutes of Missouri.

**COUNT 1**
(Conspiracy to Commit Wire Fraud)
18 U.S.C. § 1349

**The Conspiracy and Its Objects**

9. Between July 1, 2022, and the date of this Indictment, said dates being approximate, in Greene, Jasper, Lawrence, Stone, and Johnson Counties, within the Western District of Missouri, and elsewhere, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, knowingly and intentionally combined, conspired and agreed with each other and others, known and unknown to the Grand Jury, to commit an offense against the United States, that is, having devised and intended to devise a scheme to defraud the State of Missouri, the City of Springfield, the City of Joplin, and the general public, and to obtain money by means of materially false and fraudulent pretenses and representations, that is, false pretenses and representations that they operated "gift shops," "internet amusement arcade games," "internet amusement skill game arcades," "convenience stores," and "computer surfing and adult arcades" when, in truth and fact, these entities were an illegal gambling business prohibited by Missouri and Federal law, and for the purpose of executing such scheme and artifice, transmitted and caused to be transmitted, by

4

means of wire communication in interstate commerce, text messages and instructions for financial transactions, all contrary to the provisions of Title 18, United States Code, Section 1343.

**Manner and Means**

10.     The members of the conspiracy used various manners and means to effect the objects and purposes of the conspiracy, including but not limited to, the following:

11.     It was part of the conspiracy that the defendants, established Big Win Arcade, LLC, Big Win Arcade 2023, LLC, Spin Hitters 1, LLC, Spin Hitters, LLC, Vegas City, LLC,  and Vegas Arcade, LLC, through internet-based transactions with the Missouri Secretary of State.  These entities were used by the defendants to defraud the State of Missouri, the City of Springfield, Missouri, the City of Joplin, Missouri, and the general public.

12.      It was further part of the conspiracy that the defendants falsely identified their illegal gambling business locations as "gift shops," "internet amusement arcade games," "internet amusement skill game arcades," "convenience stores," and "computer surfing and adult arcade" in business license applications filed with the Cities of Springfield, Joplin, and Branson West, Missouri, utilities contracts with the City Utilities of Springfield, and incorporation documents filed with the State of Missouri.

13.     It was further part of the conspiracy that the defendants, traveled in interstate commerce from locations outside the State of Missouri, including but not limited to the States of Colorado, Georgia, Louisiana, New York, Pennsylvania, and Washington, to operate the illegal gambling business at locations in the Western District of Missouri.

5

14. It was further part of the conspiracy that the defendants hired local residents as employees to facilitate the operation of the illegal gambling business that operated "contests of chance," "gambling devices," and "slot machines," in violation of Missouri and Federal law.

15. It was further part of the conspiracy that the defendants conducted financial transactions with the proceeds of illegal gambling to promote the illegal gambling businesses and to conceal the proceeds of those businesses.

16. It was further part of the conspiracy that the defendants, in aggregate, obtained gross proceeds of approximately $9,506,464.00.

17. All in violation of Title 18, United States Code, Section 1349.

**COUNTS 2 through 26**
(Wire Fraud)
18 U.S.C. § 1343

**Scheme and Artifice to Defraud**

18. Between July 1, 2022, and the date of this Indictment, said dates being approximate, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, designed and intended to devise a scheme to defraud the State of Missouri, the City of Springfield, Missouri, the City of Joplin, Missouri, and the general public, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

6

19.     The factual allegations in paragraphs 11 through 15 of this Indictment are incorporated by reference as if fully set forth herein to allege the scheme and artifice to defraud and obtain money.

**Execution of the Scheme and Artifice to Defraud**

20.     On, about, or between each of the dates set forth below, in Greene and Jasper Counties, within the Western District of Missouri, and elsewhere, the defendant(s) named in each individual Count, aiding and abetting each other and others, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE(S) | DESCRIPTION OF WIRE |
|---|---|---|
| 2 | 4/24/2023 | **(03) MITULKUMAR M. BAROT,** via an online account with the Missouri Secretary of State associated with the organization of Big Win Arcade, LLC (LC014458564); Big Win Arcade 2023, LLC (LC014461821); Spin Hitters 1, LLC (LC014471743); Spin Hitters, LLC (LC014476463); Vegas Arcade, LLC (LC014487618); and Vegas City, LLC (LC014487644), organized Big Win Arcade, LLC (LC014458564) under which Big Win Arcade #1 operated at 1928 S. Glenstone Ave., Springfield, Missouri. |
| 3 | 5/5/2023 | **(03) MITULKUMAR M. BAROT,** via an online account with the Missouri Secretary of State, organized Big Win Arcade 2023, LLC (LC014461821) under which Big Win Arcade #2 operated at 1135 E. Commercial St., Springfield, Missouri. |
| 4 | 5/31/2023 to 3/4/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Big Win #1 Springfield, Missouri." |
| 5 | 6/6/2023 to 2/26/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR** joined and participated in a What's App chat group entitled "Big win 1 mo employees reporting group." |
| 6 | 6/12/2023 | **(05) TUSHAR R. PATEL** communicated via a What's App chat regarding the operation of Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri. |

7

| COUNT | DATE(S) | DESCRIPTION OF WIRE |
|---|---|---|
| 7 | 6/16/2023 | **(03) MITULKUMAR M. BAROT,** via an online account with the Missouri Secretary of State, organized Spin Hitters 1, LLC (LC014471743) under which Spin Hitters operated at 838-840 S. Glenstone Ave., Springfield, Missouri. |
| 8 | 7/7/2023 | **(03) MITULKUMAR M. BAROT,** via an online account with the Missouri Secretary of State, organized Spin Hitters, LLC (LC014476463) under which Spin Zone operated at 2331 E. 7th St., Joplin, Missouri. |
| 9 | 7/7/2023 to 3/4/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Big Win #2 Missouri Springfield." |
| 10 | 7/7/2023 to 3/11/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR** joined and participated in a What's App chat group entitled "Big Win 2." |
| 11 | 7/18/2023 | **(05) TUSHAR R. PATEL** communicated via a What's App chat regarding the operation of Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri, and Big Win Arcade #2, 1135 E. Commercial St., Springfield, Missouri. |
| 12 | 8/4/2023 to 3/19/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR** joined and participated in a What's App chat group entitled "Spin Hitters Missouri." |
| 13 | 8/5/2023 to 3/19/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Spin Hitters Springfield MO." |
| 14 | 8/14/2023 | **(05) TUSHAR R. PATEL** communicated via a What's App chat regarding the operation of Big Win Arcade #1, 1928 S. Glenstone Ave., Big Win Arcade # 2, 1135 E. Commercial St., Springfield, Missouri, and Spin Hitters 1, 838-40 S. Glenstone Ave., Springfield, Missouri. |
| 15 | 8/21/2023 | **(03) MITULKUMAR M. BAROT,** via an online account with the Missouri Secretary of State, organized Vegas Arcade, LLC (LC014487618) under which Vegas Arcade operated at 615 S. Scenic, Springfield, Missouri. |
| 16 | 8/21/2023 | **(03) MITULKUMAR M. BAROT,** via an online account with the Missouri Secretary of State, organized Vegas City Arcade, LLC (LC014487644) under which Vegas City Arcade operated at 16585 Missouri Highway 13, Branson West, Missouri. |

8

| COUNT | DATE(S) | DESCRIPTION OF WIRE |
|---|---|---|
| 17 | 8/29/2023 | **(02) MANISHKUMAR M. PATEL, (04) SUNILKUMAR N. PATEL**, and **(05) TUSHAR R. PATEL**, via the internet, electronically signed a lease agreement and personal guaranty for 615 S. Scenic Ave., Springfield, Missouri, on behalf of Vegas Arcade, LLC. |
| 18 | 9/10/2023 | **(05) TUSHAR R. PATEL** and **(07) HARSHADKUMAR S. CHAUDHARI** communicated via a What's App chat regarding travel from Grand Junction, Colorado to Springfield, Missouri. |
| 19 | 9/19/2023 to 3/19/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Vegas arcade." |
| 20 | 9/19/2023 to 3/19/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Vegas arcade 615." |
| 21 | 9/19/2023 to 3/5/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Vegas city arcade." |
| 22 | 9/19/2023 to 3/8/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Vegas city arcade Branson." |
| 23 | 10/9/2023 | **(05) TUSHAR R. PATEL** communicated via a What's App chat regarding the operation of Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri, Big Win Arcade # 2, 1135 E. Commercial St., Springfield, Missouri, Spin Hitters 1, 838-40 S. Glenstone Ave., Springfield, Missouri, and Vegas Arcade, 615 S. Scenic Ave., Springfield, Missouri. |
| 24 | 11/16/2023 | **(05) TUSHAR R. PATEL** communicated via a What's App chat regarding the operation of Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri, Big Win Arcade # 2, 1135 E. Commercial St., Springfield, Missouri, Spin Hitters 1, 838-40 S. Glenstone Ave., Springfield, Missouri, Vegas Arcade, 615 S. Scenic Ave., Springfield, Missouri, and Vegas City Arcade, 16585 Missouri 13, Branson West, Missouri. |
| 25 | 11/17/2023 | **(01) RAHULKUMAR D. PATEL** and **(06) AZGHAR ALI** communicated via a What's App chat regarding the operation of Vegas City Arcade, 16585 Missouri Highway 13, Branson West, Missouri. |
| 26 | 3/3/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL** joined and participated in a What's App chat group entitled "Spin Zone Joplin." |

21.  All in violation of Title 18, United States Code, Section 1343.

9

**COUNT 27**
(Conspiracy to Violate 18 U.S.C. § 1955)
18 U.S.C. § 371

22.     Between July 1, 2022, and the date of this Indictment, said dates being approximate, in Greene, Jasper, Lawrence, Stone, and Johnson Counties, within the Western District of Missouri, and elsewhere, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, knowingly and intentionally combined, conspired and agreed with each other and others, known and unknown to the Grand Jury, to commit an offense against the United States, that is,  operating an illegal gambling business, contrary to the provisions of Title 18, United States Code, Section 1955.

**Manner and Means**

23.     The factual allegations in paragraphs 11 through 15 of this Indictment are incorporated by reference as if fully set forth herein to allege the manner and means used by the co-conspirators to effect the object and purpose of the conspiracy.

24.     The members of the conspiracy used various additional manners and means to effect the object and purpose of the conspiracy, including but not limited to, the following:

25.     It was part of the conspiracy that the defendants operated an illegal gambling operation at two locations in Grand Junction, Colorado, "Big Win Arcade," and "Lucky Dragon Arcade," in violation of the laws of the State of Colorado, Sections 18-10-103, 18-10-104, and 18-10-105 of the Colorado Revised Statutes and at six locations in the Western District of Missouri,

10

"Big Win Arcade #1," "Big Win Arcade #2," "Spin Hitters 1, LLC," "Vegas Arcade," "Vegas City Arcade," and "Spin Zone," in violation of Sections 572.030.1(1), 572.030.2, 572.070.1 and 572.070.2 of the Revised Statutes of Missouri.

26.     It was further part of the conspiracy that the defendants, traveled in interstate commerce from the State of Colorado to the State of Missouri to facilitate the operation of the illegal gambling business at locations in the Western District of Missouri.

**Overt Acts**

27.     In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Western District of Missouri, and elsewhere:

        a.     Between November 17, 2022, and December 21, 2022, in the District of Colorado, the defendants, **(02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI,** and **(07) HARSHADKUMAR S. CHAUDHARI**, created and participated in a What's App Chat Group entitled "Big Win Arcade" regarding the operations of Big Win Arcade, Grand Junction, Colorado.

        b.     Between May 31, 2023, and March 4, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL,** participated in a What's App Chat Group entitled "Big Win #1 Springfield, Missouri" regarding the operations of Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri.

11

c. Between July 6, 2023, and February 27, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, created and participated in a What's App Chat Group entitled "Big Win 1 mo employees reporting group" regarding the operations of Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri.

d. Between July 7, 2023, and March 4, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL,** participated in a What's App Chat Group entitled "Big Win #2 Missouri Springfield" regarding the operations of Big Win Arcade #2, 1135 E. Commercial St., Springfield, Missouri.

e. Between July 7, 2023, and March 11, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, created and participated in a What's App Chat Group entitled "Big Win 2" regarding the operations of Big Win Arcade #2, 1135 E. Commercial St., Springfield, Missouri.

f. Between July 8, 2023, and September 24, 2023, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL,** and **(05) TUSHAR R. PATEL**, created and participated in a What's App Chat Group entitled, "Big Win Maintenance" regarding the operation of gambling machines located at Big Win Arcade #1, Big Win Arcade #2, and Spin Hitters 1.

12

g.      Between August 4, 2023, and November 8, 2023, in the District of Colorado, the defendants, **(02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (07) HARSHADKUMAR S. CHAUDHARI**, and **(08) VIPUL A. PATEL**, created and participated in a What's App Chat Group entitled "Big Win CO" regarding the operations of Big Win Arcade, Grand Junction, Colorado.

h.      Between August 4, 2023, and March 19, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR,** created and participated in a What's App Chat Group entitled "Spin Hitters Missouri Amploy group" regarding the operations of Spin Hitters 1, 838-840 S. Glenstone Ave., Springfield, Missouri.

i.      Between August 5, 2023, and March 19, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL,** participated in a What's App Chat Group entitled "Spin Hitters Springfield MO" regarding the operations of Spin Hitters 1, LLC, 838-840 S. Glenstone Ave., Springfield, Missouri.

j.      Between August 8, 2023, and January 12, 2024, in the Western District of Missouri, the defendants, **(02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (05) TUSHAR R. PATEL,** and **(08) VIPUL A. PATEL,** joined and participated in a What's App Chat Group entitled "$Mastikhor Group$" regarding the establishment of "Spin John/Spin Hitters," 2331 E. 7th St., Joplin, Missouri, and the operation of Springfield, Missouri, locations.

13

k. Between September 19, 2023, and March 19, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL,** created and participated in a What's App Chat Group entitled "Vegas arcade" regarding the operations of the Vegas Arcade, 615 S. Scenic Ave., Springfield, Missouri.

l. Between September 19, 2023, and March 19, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (05) TUSHAR R. PATEL, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR,** created and participated in a What's App Chat Group entitled "Vegas arcade 615" regarding the operations of the Vegas Arcade, 615 S. Scenic Ave., Springfield, Missouri.

m. Between September 19, 2023, and March 5, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL,** created and participated in a What's App Chat Group entitled "Vegas city arcade" regarding the operations of the Vegas City Arcade, 16585 Missouri Highway 13, Branson West, Missouri.

n. Between September 19, 2023, and March 8, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL,** created and participated in a What's App Chat Group entitled "Vegas city arcade Branson" regarding the operations of the Vegas City Arcade, 16585 Missouri Highway 13, Branson West, Missouri.

14

o.      On or about March 3, 2024, in the Western District of Missouri, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(05) TUSHAR R. PATEL,** created and participated in a What's App Chat Group entitled "Spin Zone Joplin" regarding the operations of Spin Hitters, LLC, 2331 E. 7th St., Joplin, Missouri.

28.     All in violation of Title 18, United States Code, Section 371.

**COUNT 28**
(Illegal Gambling Business)
<u>18 U.S.C. § 1955</u>

29.     Between January 1, 2023, and March 19, 2024, said dates being approximate, in Greene County and elsewhere within the Western District of Missouri, and elsewhere, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, aiding and abetting each other and others, conducted, financed, managed, supervised, directed and own all or part of an illegal gambling business, to wit a gambling business involving maintaining slot machines which gambling business was a violation of the laws of the State of Missouri, those are, Sections 572.030.1(1), 572.030.2, 572.070.1 and 572.070.2 Revised Statutes of Missouri, and which involved five or more persons who conducted, financed, managed, supervised, directed and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days.

30.     All in violation of Title 18, United States Code, Section 1955.

15

**COUNTS 29 through 37**
(Interstate Travel in Aid of Racketeering)
18 U.S.C. § 1952(a)(3)

31.     On or about the date set forth below in each individual count, within the Western District of Missouri, and elsewhere, the defendant(s) set forth below in each individual count, aiding and abetting each other and others, traveled in interstate commerce and used any facility in interstate commerce, as set forth in each individual count, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to commit wire fraud, as charged in Count 1 of this Indictment, and conspiracy to operate an illegal gambling business as charged in Count 27 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity:

| COUNT | DATE(S) | DEFENDANT(S) | TRAVEL/USE OF ANY FACILITY IN INTERSTATE COMMERCE |
|---|---|---|---|
| 29 | 4/14/2023 to 4/18/2023 | (02) MANISHKUMAR M. PATEL<br>(03) MITULKUMAR M. BAROT | State of Georgia to Springfield, Missouri |
| 30 | 4/29/2023 to 5/11/2023 | (02) MANISHKUMAR M. PATEL<br>(03) MITULKUMAR M. BAROT<br>(04) SUNILKUMAR N. PATEL<br>(05) TUSHAR R. PATEL | State of Georgia to Springfield, Missouri |
| 31 | 5/29/2023 to 6/12/2023 | (02) MANISHKUMAR M. PATEL<br>(03) MITULKUMAR M. BAROT<br>(04) SUNILKUMAR N. PATEL<br>(05) TUSHAR R. PATEL | States of Georgia and New York to Springfield, Missouri |

| COUNT | DATE(S) | DEFENDANT(S) | TRAVEL/USE OF ANY FACILITY IN INTERSTATE COMMERCE |
|---|---|---|---|
| 32 | 7/4/2023 to 7/9/2023 | **(01) RAHULKUMAR D. PATEL (03) MITULKUMAR M. BAROT (05) TUSHAR R. PATEL** | States of Georgia and Washington to Springfield, Missouri |
| 33 | 9/6/2023 to 9/21/2023 | **(02) MANISHKUMAR M. PATEL (05) TUSHAR R. PATEL (07) HARSHADKUMAR S. CHAUDHARI** | States of Colorado, Georgia, Louisiana, New York, and Pennsylvania to Springfield, Missouri |
| 34 | 10/24/2023 to 11/6/2023 | **(03) MITULKUMAR M. BAROT (05) TUSHAR R. PATEL (06) AZGHAR ALI (09) MOHAMMED IPHTEKAR ALI AJGAR** | States of Colorado, Georgia and New York to Springfield, Missouri |
| 35 | 12/12/2023 to 12/16/2023 | **(05) TUSHAR R. PATEL** | Atlanta, Georgia to Springfield, Missouri |
| 36 | 3/13/2024 | **(05) TUSHAR R. PATEL (06) AZGHAR ALI** | Atlanta, Georgia to Springfield, Missouri |
| 37 | 3/18/2024 | **(03) MITULKUMAR M. BAROT (05) TUSHAR R. PATEL** | Atlanta, Georgia to Springfield, Missouri |

32.     All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

**COUNT 38**
(Conspiracy to Commit Money Laundering)
18 U.S.C. § 1956(h)

33.     Between July 1, 2022, and the date of this Indictment, said dates being approximate, within Greene County and elsewhere within the Western District of Missouri, and elsewhere, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI, (08) VIPUL A. PATEL,** and

17

**(09) MOHAMMED IPHTEKAR ALI AJGAR**, knowingly and intentionally combined, conspired and agreed with each other and others, known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Sections 1956 and 1957, to wit:

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, those are, conspiracy to commit wire fraud, as charged in Count 1 of this Indictment, and conspiracy to operate an illegal gambling business as charged in Count 27 of this Indictment, with the intent to promote the carrying on of that specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, contrary to the provisions of Title 18, United States Code, Section 1956(a)(1)(A)(i);

b. to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, those are, conspiracy to commit wire fraud, as charged in Count 1 of this Indictment, and conspiracy to operate an illegal gambling business as charged in Count 27 of this Indictment, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, contrary

18

to the provisions of Title 18, United States Code, Section 1956(a)(1)(B)(i);

c.     to transport, transmit, transfer, and attempt to transport, transmit, and transfer funds, that is, United States currency, from a place in the United States to a place outside the United States, that is, the Republic of India, knowing that the funds involved in the transportation represented the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, that is, conspiracy to commit wire and fraud, as charged in Count 1 and conspiracy to operate an illegal gambling business as charged in Count 27 of this Indictment contrary to the provisions of Title 18, United States Code, Section 1956(a)(2)(B)(i); and,

d.     to knowingly engage and attempt to engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the exchange of U.S. currency, such property having been derived from a specified unlawful activity, those are, conspiracy to commit wire fraud, as charged in Count 1 and conspiracy to operate an illegal gambling business as charged in Count 27 of this Indictment, contrary to the provisions of Title 18, United States Codes, Section 1957(a).

## **Manner and Means**

34.     The members of the conspiracy used various manners and means to effect the objects and purposes of the conspiracy, including but not limited to the following:

35.     It was part of this conspiracy that, members of this conspiracy participated in a conspiracy to commit wire fraud, as charged in Count 1 of this Indictment, and conspiracy to

operate an illegal gambling business as charged in Count 27 of this Indictment, that generated proceeds in the Western District of Missouri.

36. It was further part of this conspiracy that **(05) TUSHAR R. PATEL**, and others, physically collected proceeds of wire fraud and illegal gambling, in the form of U.S. currency, from the Western District of Missouri and transported those proceeds to Georgia and other locations in the United States.

37. It was further part of this conspiracy that, between April 19, 2023, and March 18, 2024, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, conducted financial transactions with the proceeds of wire fraud and illegal gambling to promote the ongoing illegal activity in an aggregate amount of approximately $1,022,090.35.

38. It was further part of this conspiracy that, between October 7, 2022, and September 9, 2024, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (05) TUSHAR R. PATEL, (07) HARSHADKUMAR S. CHAUDHARI,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR,** concealed and disguised the nature, source, ownership, and control of the proceeds of wire fraud and illegal gambling by depositing the aggregate amount of $1,427,683.56 into personal bank accounts they controlled.

39. It was further part of this conspiracy that, between July 1, 2023, and March 18, 2024, **(01) RAHULKUMAR D. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI**, and other employees of Big Win Arcade, Big Win Arcade #1, Big Win Arcade #2, Spin Hitters 1, LLC, Vegas Arcade, and Vegas City Arcade, concealed and disguised the

20

nature, source, ownership, and control of the proceeds wire fraud and illegal gambling by depositing approximately $778,250.00 into ATM machines at each location and later collecting the same amount from bank accounts controlled by ATM Quick Cash, , LLC and Elite ATM, LLC.

40. It was further part of this conspiracy that, between August 9, 2022, and November 17, 2023, **(02) MANISHKUMAR M. PATEL** concealed and disguised the nature, source, ownership, and control of the proceeds of wire fraud and illegal gambling by paying the monthly charges on J.P. Morgan Chase Visa account ending in 0467 in the aggregate amount of $450,557.44 from his personal account at Wells Fargo Bank.

41. It was further part of this conspiracy that, between November 11, 2023, and March 22, 2024, **(06) AZGHAR ALI** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, wire transferred the proceeds of wire fraud and illegal gambling, in the form of United States currency, to individuals in the Republic of India in the aggregate amount of $40,856.

42. It was further part of this conspiracy that, between April 18, 2023, and March 15, 2024, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (05) TUSHAR R. PATEL,** and **(06) AZGHAR ALI** conducted monetary transactions through financial institutions in criminally derived property of a value greater than $10,000.

43. It was further part of this conspiracy that these financial transactions promoted the continued operation of an illegal gambling business, concealed and disguised the nature, source, ownership, and control of the proceeds of the illegal gambling business, transported United States currency from the United States to the Republic of India, and involved criminally derived property of a value greater than $10,000.

21

44. All in violation of Title 18, United States Code, Section 1956(h).

**COUNTS 39 through 47**
(Money Laundering - Promotion)
18 U.S.C. § 1956(a)(1)(A)(i)

45. On or about the dates set forth below in each individual count, in Greene County and elsewhere within the Western District of Missouri, and elsewhere, the defendant identified in each individual count, knowingly conducted and attempted to conduct the financial transaction affecting interstate commerce described in each count, which involved the proceeds of a specified unlawful activity, that is, wire fraud and illegal gambling, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| 39 | 4/18/2023 | **(02) MANISHKUMAR M. PATEL** issued a starter check in the amount of $10,500 on SunMark Community Bank account ending in 4835 to Springfield Property, LLC as a deposit for rent on Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri. |
| 40 | 6/9/2023 | **(03) MITULKUMAR M. BAROT** issued check 5001 in the amount of $1,450 on Guaranty Bank account ending in 2538 to the landlord of 1747 S. Link, Springfield, Missouri, for rent. |
| 41 | 8/24/2023 | **(01) RAHULKUMAR D. PATEL,** and **(02) MANISHKUMAR M. PATEL** wire transferred $20,000 from Guaranty Bank account ending in 2595 to Family Video Movie Club, Inc. as a security deposit for rent on Vegas Arcade, 615 S. Scenic Ave., Springfield, Missouri. |
| 42 | 9/14/2023 | **(03) MITULKUMAR M. BAROT** issued check 5003 in the amount of $1,600 on Guaranty Bank account ending in 2546 for rent to the landlord of Big Win Arcade #2, 1135 E. Commercial St., Springfield, Missouri. |
| 43 | 10/4/2023 | **(03) MITULKUMAR M. BAROT** authorized an automatic debit in the amount of $7,500 on Guaranty Bank account ending in 2538 for rent to Springfield Property, LLC for rent on Spin Hitters 1, LLC, 838-840 S. Glenstone Ave., Springfield, Missouri. |
| 44 | 10/6/2023 | **(01) RAHULKUMAR D. PATEL,** and **(03) MITULKUMAR M. BAROT** issued check 1015 in the amount of $5,000 on Guaranty Bank account ending in 2538 to the landlord of 2331 E. 7th St., Joplin, Missouri, for rent on Spin Zone (Joplin). |

22

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| 45 | 10/6/2023 | **(01) RAHULKUMAR D. PATEL,** and **(03) MITULKUMAR M. BAROT** issued check 1013 in the amount of $1,335 on Guaranty Bank account ending in 2538 to Table Rock Plaza for rent on Vegas City Arcade, 16585 Missouri Highway 13, Branson West, Missouri. |
| 46 | 10/19/2023 | **(04) SUNILKUMAR N. PATEL** sent $1,000 to **(09) MOHAMMED IPHTEKAR ALI AJGAR** via Zelle, into AJGAR's personal Bank of America account ending in 8092. |
| 47 | 11/4/2023 | **(05) TUSHAR R. PATEL** paid $103,132 in U.S. currency to settle a portion of debt owed by Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri, Big Win Arcade # 2, 1135 E. Commercial St., Springfield, Missouri, Spin Hitters 1, 838-40 S. Glenstone Ave., Springfield, Missouri, and Vegas Arcade, 615 S. Scenic Ave., Springfield, Missouri. |

46.     All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

**COUNTS 48 through 61**
(Money Laundering – Concealment)
18 U.S.C. § 1956(a)(1)(B)(i)

47.     On or about the dates set forth below in each individual count, in Greene County and elsewhere within the Western District of Missouri, and elsewhere, the defendants identified in each individual count, aiding and abetting each other, knowingly conducted and attempted to conduct the financial transaction affecting interstate commerce described in each count, which involved the proceeds of a specified unlawful activity, that is, wire fraud and illegal gambling, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| 48 | 6/6/2023 | **(05) TUSHAR R. PATEL** deposited $10,000 cash into ATM Terminal ID UNO1970 located at Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri. |

23

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| 49 | 7/8/2023 | **(05) TUSHAR R. PATEL** deposited $6,000 cash into ATM Terminal ID UNO1974 located at Big Win Arcade #2, 1135 E. Commercial St., Springfield, Missouri. |
| 50 | 8/6/2023 | **(05) TUSHAR R. PATEL** deposited $6,000 cash into ATM Terminal ID UNO2010 located at Spin Hitters #1, 838-840 S. Glenstone Ave., Springfield, Missouri. |
| 51 | 8/24/2023 | **(05) TUSHAR R. PATEL** deposited $8,000 cash into his personal Bank of America account ending in 7288. |
| 52 | 9/21/2023 | **(01) RAHULKUMAR D. PATEL** deposited $6,000 cash into ATM Terminal ID UNO1970 located at Big Win Arcade #1, 1928 S. Glenstone Ave., Springfield, Missouri, and deposited $5,000 cash into ATM Terminal ID UNO2024 located at Vegas Arcade, 615 S. Scenic Ave., Springfield, Missouri. |
| 53 | 10/6/2023 | **(01) RAHULKUMAR D. PATEL** and **(02) MANISHKUMAR M. PATEL** wire transferred $20,000 from Guaranty Bank account ending in 2595 to **(02) MANISHKUMAR M. PATEL**'s personal Wells Fargo bank account ending in 9647 for "helping uncle with financial support." |
| 54 | 10/30/2023 | **(02) MANISHKUMAR M. PATEL** deposited $59,700 cash into his Fortune Mgt 2023 account at American Pride Bank account ending in 9137. |
| 55 | 11/17/2023 | **(09) MOHAMMED IPHTEKAR ALI AJGAR** deposited $3,800 cash into his personal Bank of America account ending in 8092. |
| 56 | 11/1/2023 | **(01) RAHULKUMAR D. PATEL** and **(05) TUSHAR R. PATEL** paid the owner of Springfield Property, LLC, $12,750 cash for rent of Big Win Arcade # 1, 1928 S. Glenstone Ave., Springfield, Missouri, and Spin Hitters 1, LLC, 838-840 S. Glenstone, Springfield, Missouri. |
| 57 | 11/17/2023 | **(01) RAHULKUMAR D. PATEL** and **(06) AZGHAR ALI** deposited $4,000 cash into ATM Terminal ID UNO2025 located at Vegas City Arcade, 16585 Missouri Route 13, Branson West, Missouri. |
| 58 | 12/3/2023 | **(01) RAHULKUMAR D. PATEL** and **(06) AZGHAR ALI** paid the owner of Springfield Property, LLC, $12,500 cash for rent of Big Win Arcade # 1, 1928 S. Glenstone Ave., Springfield, Missouri, and Spin Hitters 1, LLC, 838-840 S. Glenstone, Springfield, Missouri. |
| 59 | 1/15/2024 | **(01) RAHULKUMAR D. PATEL** and **(05) TUSHAR R. PATEL** paid the owner of Springfield Property, LLC, $13,000 cash for rent of Big Win Arcade # 1, 1928 S. Glenstone Ave., Springfield, Missouri, and Spin Hitters 1, LLC, 838-840 S. Glenstone, Springfield, Missouri. |
| 60 | 3/15/2024 | **(06) AZGHAR ALI** deposited $24,900 cash into his personal Bank of America account ending in 2345. |

24

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| **61** | 3/15/2024 | **(01) RAHULKUMAR D. PATEL** and **(02) MANISHKUMAR M. PATEL** wire transferred $15,000 from his personal Bank of America account ending in 7103 to **(02) MANISHKUMAR M. PATEL's** personal SunMark Community Bank account ending in 4835. |

48.     All in violation of Title 18 United States Code Sections 1956(a)(1)(B)(i).

**COUNTS 62 through 67**
(Money Laundering – International Concealment)
18 U.S.C. § 1956(a)(2)(B)(i)

49.     On or about the dates set forth below in each individual count, in Greene County and elsewhere within the Western District of Missouri, and elsewhere, the defendant listed in each individual count transferred and attempted to transfer funds that is United States currency, from a place in the United States, that is the location specified in each individual count, to a place outside the United States that is the Republic of India, knowing that the funds involved in the transportation, in each individual count, represented the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, that is, wire fraud and illegal gambling:

| COUNT | DATE | DEFENDANT | DESCRIPTION OF FINANCIAL TRANSACTION OF FUNDS |
|---|---|---|---|
| **62** | 12/16/2023 | **(06) AZGHAR ALI** | Western Union wire transfer of $2,500 from Springfield, Missouri |
| **63** | 1/8/2024 | **(06) AZGHAR ALI** | Western Union wire transfer of $2,000 from Branson West, Missouri |
| **64** | 1/10/2024 | **(06) AZGHAR ALI** | Western Union wire transfer of $2,500 from Springfield, Missouri |
| **65** | 1/11/2024 | **(06) AZGHAR ALI** | Western Union wire transfer of $2,000 from Springfield, Missouri |
| **66** | 1/13/2024 | **(06) AZGHAR ALI** | Western Union wire transfer of $2,000 from Springfield, Missouri |

25

Case 6:24-cr-03139-MBB    Document 35    Filed 05/14/25    Page 25 of 31

| COUNT | DATE | DEFENDANT | DESCRIPTION OF FINANCIAL TRANSACTION OF FUNDS |
|---|---|---|---|
| 67 | 3/13/2024 | **(09) MOHAMMED IPHTEKAR ALI AJGAR** | Remitly wire transfer of $4,000 from Springfield, Missouri |

50. All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i).

**COUNTS 68 through 72**
(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)
18 U.S.C. § 1957(a)

51. On or about the dates set forth below in each individual count, in Greene County and elsewhere within the Western District of Missouri, and elsewhere, the defendant identified in each individual count, knowingly engaged and attempted to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit and transfer of funds and monetary instruments, such property having been derived from a specified unlawful activity, that is, wire fraud and illegal gambling:

| COUNT | DATE | MONETARY TRANSACTION |
|---|---|---|
| 68 | 8/24/2023 | **(01) RAHULKUMAR D. PATEL** and **(02) MANISHKUMAR M. PATEL** deposited $34,009 cash into Vegas Arcade's Guaranty Bank account ending in 2595. |
| 69 | 9/25/2023 | **(03) MITULKUMAR M. BAROT** deposited $17,000 cash into Big Win Arcade #1's Guaranty Bank account ending in 2538. |
| 70 | 10/2/2023 | **(03) MITULKUMAR M. BAROT** deposited $20,000 cash into Big Win Arcade #2's Guaranty Bank account ending in 2546. |
| 71 | 10/5/2023 | **(01) RAHULKUMAR D. PATEL** and **(02) MANISHKUMAR M. PATEL** wire transferred $20,000 from Vegas Arcade's Guaranty Bank account ending in 2595 to **(02) MANISHKUMAR M. PATEL's** personal Wells Fargo account ending in 9647. |
| 72 | 3/15/2024 | **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL,** and **(06) AZGHAR ALI** wire transferred $24,900 into **(02) MANISHKUMAR M. PATEL's** personal SunMark Community Bank account ending in 4835. |

52. All in violation of Title 18, United States Code, Section 1957(a).

26

## FORFEITURE ALLEGATION 1
### (In violation of 18 U.S.C. § 1343 – Wire Fraud)

53. The factual allegations of this Indictment are re-alleged and incorporated as though fully set forth herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(A) and (C) and 982(a)(1) and (2)(A), and Title 28, United States Code, Section 2461.

54. As a result of the offenses alleged in this Indictment in Counts 1 through 26, inclusive, and pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and (C) and 982(a)(1) and (2)(A) and Title 28, United States Code, Section 2461, the defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, shall forfeit to the United States all property, real and personal, constituting, involved in, and derived from any proceeds the defendant obtained directly and indirectly as a result of the violations incorporated by reference in this Forfeiture Allegation. Including but not limited to the following:

### <u>Money Judgement</u>

55. A money judgment representing proceeds obtained by each defendant, in that, the aggregate sum of $9,506,464.00 constituted and was derived from proceeds traceable to the offenses set forth in the Indictment.

### <u>Substitute Assets</u>

56. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

27

a. cannot be located upon the exercise of due diligence;

b. has been transferred, sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of forfeitable property.

**FORFEITURE ALLEGATION 2**
(In violation of 18 U.S.C. § 1955 – Illegal Gambling Business)

57. The allegations contained in Counts 27 and 28 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(A) and (C) and 982(a)(1) and (a)(2)(A) and Title 28, United States Code, Section 2461.

58. The defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI, (08) VIPUL A. PATEL,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, shall forfeit to the United States all property, real and personal, constituting and derived from any proceeds said defendant obtained directly and indirectly as a result of the violation incorporated by reference in this Forfeiture Allegation, and all property used, or intended to be used, in any manner or part, to commit, and to

28

facilitate the commission of the violation incorporated by reference in this Forfeiture Allegation, including but not limited to, the following:

**Money Judgment**

59. A sum of money equal to the amount of United States currency obtained by each defendant involved in the operation of an illegal gambling business in violation of Title 18, United States Code, Section 1955, for which a defendant is convicted.

**Substitute Assets**

60. In the event that the property which is subject to forfeiture to the United States, as a result of an act or omission of the defendants:

    a. cannot be located upon exercise of due diligence;

    b. has been placed beyond the jurisdiction of the Court;

    c. has been transferred or sold to, or deposited with a third party;

    d. has been substantially diminished in value; or

    e. has been commingled with other which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of such property, pursuant to Title 21, United States Code, Section 853(p).

**FORFEITURE ALLEGATION 3**
**(In violation of 18 U.S.C. § 1956(h) – Money Laundering Conspiracy)**

61. The allegations contained in **Count 38** of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

62. The defendants, **(01) RAHULKUMAR D. PATEL, (02) MANISHKUMAR M. PATEL, (03) MITULKUMAR M. BAROT, (04) SUNILKUMAR N. PATEL, (05) TUSHAR**

29

**R. PATEL, (06) AZGHAR ALI, (07) HARSHADKUMAR S. CHAUDHARI,** and **(09) MOHAMMED IPHTEKAR ALI AJGAR**, shall forfeit to the United States all property, real and personal, involved in a money laundering offense, or any property traceable to such property, including but not limited to, the following:

## Money Judgement

63.    A money judgment representing proceeds obtained by each defendant, in that, the aggregate sum of $9,506,464.00 constituted and was derived from proceeds traceable to the offenses set forth in the Indictment.

## Substitute Assets

64.    In the event that the property which is subject to forfeiture to the United States, as a result of an act or omission of the defendants:

      f.   cannot be located upon exercise of due diligence;

      g.   has been placed beyond the jurisdiction of the Court;

      h.   has been transferred or sold to, or deposited with a third party;

      i.   has been substantially diminished in value; or

j. has been commingled with other which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendants up to

the value of such property, pursuant to Title 21, United States Code, Section 853(p).

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*

**FOREPERSON OF THE GRAND JURY**

*/s/ Michael S. Oliver*

**Michael S. Oliver**
Assistant United States Attorney
Missouri Bar No. 41832
Dated: *5/14/2025*

31