### CRIMINAL CASE COVER SHEET

Reset Form

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

■ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: RAHULKUMAR D. PATEL

Alias Name:

Birth Date: 8/3/1984

**Related Case Information**

Superseding Indictment?　■ Yes　☐ No　If yes, original case number:　24-CR-03139-S-BCW

New Defendant(s)?　☐ Yes　■ No

Prior Complaint Case Number, if any:　24-mj-2075-DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**AUSA Oliver, Michael S.**

**Interpreter Needed?**

■ Yes　Language and/or Dialect:　Gujarati
☐ No

**Location Status**

Arrest Date: 11/01/2024

■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?**　☐ Yes　■ No

**Warrant Required?**　☐ Yes　■ No

**U.S.C. Citations**

Total # of Counts　31 w/ 3 FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT FRAUD. | 1 |
| 2 | 18:1343.F "FRAUD BY WIRE, RADIO, OR TELEVISION" | 4-5, 9-10, 12-13, 19-22, 25-26 |
| 3 | 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES | 27 |
| 4 | 18:1955.F ILLEGAL GAMBLING | 28 |

(May be continued on reverse)

revised: 12/02/2024

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 18:1952-7400.F RACKETEERING - TRANSPORTING IN AID OF | 32 |
| 6 | 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE | 38 |
| 7 | 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE | 41, 44-45 |
| 8 | 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE | 52-53, 56-61 |
| 9 | 18:1957-5800.F ENGAGING IN MONETARY TRANSACTIONS | 68, 71-72 |
| 10 | 18:981.F CIVIL FORFEITURE | FA1 |
| 11 | 18:981.F CIVIL FORFEITURE | FA2 |
| 12 | 18:982.F CRIMINAL FORFEITURE | FA3 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |