

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

- ☑ Secret Indictment
- ☐ Juvenile

**Defendant Information**

Defendant Name:     TUSHAR R. PATEL

Alias Name:

Birth Date:     03/29/1986

**Related Case Information**

Superseding Indictment?   ☑ Yes   ☐ No   If yes, original case number:   24-CR-03139-S-BCW

New Defendant(s)?   ☑ Yes   ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**AUSA**   **Oliver, Michael S.**

**Interpreter Needed?**

☑ Yes   Language and/or Dialect:
☐ No                  Gujarati

**Location Status**

Arrest Date:

- ☐ Currently in Federal Custody
- ☐ Currently in State Custody
- ☐ Currently on Bond

**Writ Required?**   ☐ Yes   ☑ No

**Warrant Required?**   ☑ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts     37 w/ 3 FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT FRAUD. | 1 |
| 2 | 18:1343.F "FRAUD BY WIRE, RADIO, OR TELEVISION" | 4-6, 9-14, 17-24, 26 |
| 3 | 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES | 27 |
| 4 | 18:1955.F ILLEGAL GAMBLING | 28 |

(May be continued on reverse)

revised: 12/02/2024

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 18:1952-7400.F RACKETEERING - TRANSPORTING IN AID OF | 30-37 |
| 6 | 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE | 38 |
| 7 | 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE | 47 |
| 8 | 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE | 48-51, 56, 59 |
| 9 | 18:981.F CIVIL FORFEITURE | FA1 |
| 10 | 18:981.F CIVIL FORFEITURE | FA2 |
| 11 | 18:982.F CRIMINAL FORFEITURE | FA3 |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |